**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>FRANK W STERLING SR<br>TIFFANY S STERLING<br>　　　Debtor(s) | Case No. 11-40316 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/03/2011.

2) The plan was confirmed on 01/12/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/12/2012, 02/22/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 11/14/2013.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $33,510.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,650.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,650.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $310.73 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,310.73** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 77TH ST DEPOT FEDERAL C U | Unsecured | 2,387.00 | NA | NA | 0.00 | 0.00 |
| AARONS RENT | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| AARONS RENT | Unsecured | 3,301.00 | NA | NA | 0.00 | 0.00 |
| AIS SVC LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| AMERICAN FINANCIAL CORPORATIC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 1,621.00 | 565.96 | 565.96 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 261.01 | 261.01 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 1,247.61 | 1,247.61 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | NA | 6,344.81 | 6,344.81 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 6,344.00 | 7,153.69 | 7,153.69 | 0.00 | 0.00 |
| APOLLO GROUP INC | Unsecured | 693.00 | NA | NA | 0.00 | 0.00 |
| ARROWHEAD INVESTMENT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED ST JAMES RADIOLOGY | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| AT&T UVERSE | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| BALLY TOTAL FITNESS | Unsecured | 1,712.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| BARRY L GORDON & ASSOC | Unsecured | 4,000.00 | 800.00 | 800.00 | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO HEALTH CLUBS | Unsecured | 1,460.00 | NA | NA | 0.00 | 0.00 |
| CITY COLLEGES OF CHICAGO | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 9,859.00 | 9,051.99 | 9,051.99 | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CLEARWIRE | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 3,400.00 | 3,806.67 | 3,806.67 | 0.00 | 0.00 |
| COOK COUNTY STATES ATTORNEY | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| COVENANT MGMT GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 7,644.00 | 8,244.94 | 8,244.94 | 0.00 | 0.00 |
| CREDIT NOW CORP | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| CROWN LENDING | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 11-40316   Doc 53   Filed 02/27/14   Entered 02/27/14 09:48:51   Desc Main
            Document      Page 3 of 5

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DEVRY INC | Unsecured | 1,545.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| FAST CASH | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| FCNB/MAST | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 813.00 | 813.77 | 813.77 | 0.00 | 0.00 |
| GALAXY PORTFOLIOS LLC | Unsecured | 1,850.00 | 1,878.25 | 1,878.25 | 0.00 | 0.00 |
| HOMEWOOD COMMUNITY ACADEM | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| HOMEWOOD FLOSSMOOR DENTAL ( | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 650.00 | 1,941.36 | 1,941.36 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,500.00 | 6,096.78 | 6,096.78 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,133.93 | 2,133.93 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 16,824.00 | 0.00 | 17,450.77 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Secured | NA | 400.00 | 400.00 | 64.30 | 0.00 |
| JPMORGAN CHASE BANK | Secured | 16,824.00 | 17,450.77 | NA | 0.00 | 0.00 |
| JUPITER FUNDING | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| K&S MUSIC | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 1,837.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | 300.00 | 0.00 | 300.00 | 285.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Secured | 1,500.00 | 2,287.16 | 1,695.00 | 1,073.50 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Unsecured | 195.00 | 0.00 | 592.16 | 0.00 | 0.00 |
| MAGNUM CASH ADVANCE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| MERRILL LYNCH DIRECT | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL REESE HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 700.00 | 512.34 | 512.34 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 562.71 | 562.71 | 0.00 | 0.00 |
| MIDWEST BANK & TRUST | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE COMMERCIAL LP | Unsecured | 900.00 | 2,242.98 | 2,242.98 | 40.00 | 0.00 |
| NATIONWIDE COMMERCIAL LP | Secured | 100.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE COMMERCIAL LP | Unsecured | NA | 1,599.00 | 1,599.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,700.00 | 3,318.24 | 3,318.24 | 0.00 | 0.00 |
| NORTHWAY FINANCIAL CORP LTD | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST PREMIUM SERVICES | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| ORKIN | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| PARK DENTAL GROUP | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| PARK PLAZA DODGE SUBPRIME | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| PAYMENT DIRECT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,399.00 | 1,790.06 | 1,790.06 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE STATE COLLEGE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE STATE COLLEGE | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY NETWOI | Unsecured | 1,969.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULT | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| ROBERT MORRIS COLLEGE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 29,664.00 | 27,926.97 | 27,926.97 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| SKYLIGHT | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| SONIC PAYDAY | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 550.00 | 1,787.40 | 1,787.40 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 655.71 | 655.71 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 6,600.00 | 6,305.10 | 6,305.10 | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH | Unsecured | 2,241.00 | NA | NA | 0.00 | 0.00 |
| STATE OF IL DEPT OF EMPLOYMENT | Unsecured | NA | 2,866.00 | 2,866.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| STATE OF IL DEPT OF EMPLOYMENT | Unsecured | NA | 3,102.52 | 3,102.52 | 0.00 | 0.00 |
| STATE OF IL DEPT OF EMPLOYMENT | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN EMERGENCY PHYSICIAN | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| THORNCREEK TOWNHOMES LLC | Unsecured | 2,392.00 | 2,392.00 | 2,392.00 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 228.39 | 228.39 | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Unsecured | 21,342.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | 0.00 | 11,671.35 | 1,876.47 | 1,876.47 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | 113,500.00 | 97,315.87 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 5,855.00 | 6,280.04 | 6,280.04 | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WACHOVIA BANK | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| WESTERN INTERNATIONAL | Unsecured | 843.00 | NA | NA | 0.00 | 0.00 |
| WESTERN INTERNATIONAL | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING L | Unsecured | 315.00 | 504.94 | 504.94 | 0.00 | 0.00 |
| ZONE FITNESS | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,876.47 | $1,876.47 | $0.00 |
| Debt Secured by Vehicle | $1,695.00 | $1,073.50 | $0.00 |
| All Other Secured | $700.00 | $349.30 | $0.00 |
| **TOTAL SECURED:** | **$4,271.47** | **$3,299.27** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,096.78 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,096.78** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$126,271.32** | **$40.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,310.73 |
| Disbursements to Creditors | $3,339.27 |
| **TOTAL DISBURSEMENTS**: | **$6,650.00** |

**UST Form 101-13-FR-S (09/01/2009)**

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/27/2014　　　　　　　　　　By:/s/ Tom Vaughn
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**